IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**18 - CV - 03336**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 DEC 27 AM 11: 47

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

_____Steven Worthman_____, Plaintiff

v.

_____Prospect Airport Services Inc._____

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

STEVEN WORTHMAN 14794 E. 2ND AVE F-204 AURORA, CO. 80011
(Name and complete mailing address)

720-289-0585 SWORTHMAN1@YAHOO.COM
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: PROSPECT AIRPORT SERVICES INC.
303 E. 17TH AVE SUITE 410 DENVER, CO. 80203
(Name and complete mailing address)

303-342-6713
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

C. **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

__X__ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

____ Other: (*please specify*) _____

2

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _Hostile Work Environment & Discrimination_

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_ failure to hire          \_\_\_ different terms and conditions of employment

\_\_\_ failure to promote       _X_ failure to accommodate disability

\_\_\_ termination of employment \_\_\_ retaliation

\_\_\_ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

(crossed out) _All_ race    \_\_\_ religion    \_\_\_ national origin    \_\_\_ age

\_\_\_ color    \_\_\_ sex    _X_ disability

Supporting facts: _Embarrassed and Discriminated Against after my Boss Danyl announced over the company walkie talkie "Don't let Steve touch a wheelchair again. My God, He's only got one arm!"_

_(more can be provided regarding Discrimination, etc.)_

_Filing w/ Vasiliki Sampras-Esposito_
_Needler Cortler_

3

_Class Suit._

CLAIM TWO: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

___ failure to hire  ___ different terms and conditions of employment

___ failure to promote  ___ failure to accommodate disability

___ termination of employment  ___ retaliation

_X_ other: (*please specify*) MADE NEGATIVE PUBLIC COMMENTS ABOUT MY DISABILITY. HARD ON ME BECAUSE OF MY NON MUSLIM BELIEFS. (RELIGION).

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_X_ race  ___ religion  ___ national origin  ___ age

___ color  ___ sex  _X_ disability

Supporting facts: PAPERWORK WILL BE PROVIDED.

4

E.  **ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    X Yes (***You must attach a copy of the administrative charge to this complaint***)

    ___ No

Have you received a notice of right to sue? (*check one*)

    X Yes (***You must attach a copy of the notice of right to sue to this complaint***)

    ___ No

F.  **REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* WOULD LIKE MY JOB BACK AS LONG AS DANYAL AMIN, AND DAVID NEEDHAM ARE NOT WORKING THERE. WANT TO BE COMPENSATED FOR ANY LOST WAGES.

G.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12/23/18
(Date)

(Revised December 2017)

5

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

Enjoyed my job and coworkers would like to work for Prospect again, but not if David Needham and Danyal Amin are still employed by Prospect. Leaving this job has affected me into hardship in which I would request compensation. Can provide more detail if needed. Thank you.

Date: 12/23/18

_Steven Worthman_
(Plaintiff's Original Signature)

14794 E. 2ND Ave F-204
(Street Address)

Aurora, CO. 80011
(City, State, ZIP)

720-289-0585
(Telephone Number)

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Steven C. Worthman<br>14794 East 2nd Avenue<br>Apt. F-204<br>Aurora, CO 80011 | From: Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2017-00448 | Christopher Padilla, Supervisory Investigator | (303) 866-1336 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Amy Burkholder,
Field Office Director

SEP 2 7 2018

*(Date Mailed)*

Enclosure(s)

cc: PROSPECT AIRPORT SERVICES INC
Prospect Airport Services, Inc.

Enclosure with EEOC Form 161 (11/09)

**INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS --**

**Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90- day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later. Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files

From: VS-E <vesposito18@gmail.com>
To: samaras1 <samaras1@aol.com>
Subject: Fwd: EEOC / charges against Prospect
Date: Thu, Dec 27, 2018 10:47 am

---

---------- Forwarded message ---------
From: **VS-E** <vesposito18@gmail.com>
Date: Wed, Apr 5, 2017, 6:46 PM
Subject: EEOC / charges against Prospect
To: vesposito18@gmail.com <vesposito18@gmail.com>, <sworthman1@yahoo.com>


Steve Worthman respondence

EEOC Charge Number: 541-2017-00448


Here is the elements of proof for my claim that (David Needham and Danyal Amin of Prospect International Airport Services) was verbally derogatory against me regarding my disability in a public environment, and discriminated & I was harassed which made it a hostile work environment for me. I, Steve Worthman belong in a group protected by the laws enforced by the EEOC since I have a physical disability

RE: One of two persons being charged in party is David Needham (Prospect International Airport Services) claims that since he was hired in July and because they claim that it belies belief that he would wait from July to December to say anything to in harassing ways.....
The charged party stated in their response "A reasonably question to ask would be why would charging party suggest that Mr. Needham harass him one month roughly halfway through my employment with Prospect, but not before and not after?'


**David Needham, the Skycap curb so-called Captain with Prospect was hired in July but assumed the role for overseeing the wheelchair & queue team in December and that is when he was given the part. It was known that he was complaining the need to make more monies and that is was they expanded his role. It was also know that back in August, David Needham had issues with his conduct with the skycap team that he was very cocky and demanding of the crew and had made a hostile work environment for them and someone had complained about it to the company (Prospect) for help. It was known that his conduct was that of his title going to his head and that is why he wanted to be known for his title not to be called "the Lead" but that of "Captain".
David Needham DID indeed harass me Steve Worthman the entire month of December. He told other employees that he wanted to get a good review by upper manager of Prospect and did not want to get written up and loose any points towards his new added role. I believe it was probably for bonus purposes since it was coming toward the end of the year and he was freaked**

out about Auditors. His management skills were such as to harass me about my medical shoes was his way of disciplinating me.
When I was hired by Danyal Amin, I told him about my brace and the medical "white shoes that I have for the medical brace" Danyal said that would Not be a problem with Prospects Uniform policy & uniform. Apparently Mr. Needham had a problem with that and the truth is that He did indeed harass me the entire month of December. When hired on I was upfront and honest about my disability because I am a honest and good person.

Mr. Needham claims that since he offered to help me financially by loaning me the money to purchase Black medical shoes that it makes him look good... THE Truth is that he always complained to his coworkers that he never had enough monies and that is why he wanted more of a Team Role... I, Steve Worthman, being the kind, nice & honest employee turned down the offer of money from him due to his financial status that was known because of his complaining. I did dye my shoes black and it was not good enough for him. My Black shoes did stay nicely dyed throughout my work experience at Prospect because I always touched up my shoes accordingly for satisfaction eventhough as I stated before it was never good enough for David Needham and this was a harassment to me.

RE: Mr. Amin denies ever making a statement THAT HE DID make discriminating remarks in public. The manager of the Frontier contract, Mr. Danyal Amin saw the charging party for 10 months and claims that why would he wait 10 months to say harassing & discriminating remarks.

The Truth is that it doesn't matter when Danyal Amin made the discriminatory statement about my disability Publicly... The POINT &The TRUTH is that he did say what was stated in this charge about my physical disability. (See, Exhibit witnesses)

RE: David Needham states that he spoke to me regarding pushing wheelchair passenger, a task which is not my responsibility as a Queque Agent and states that he looks as though solicitation. THIS IS NOT TRUE.

The truth is: I, Steve Worthman only pushed wheelchair passengers when I was assigned by the Captain or the acting Team Lead that answers directly to the Captain, David Needham and the Manager of the Frontier Contract, Mr. Daynal Amin.
I never solicited for tips while being assigned to push wheelchairs. Also, they (the Team Lead on duty) assigned me constantly wheelchair duties because they were always short of help. I, Steve Worthman being a great employee for Prospect never said no to them so that I was a true team player.

RE: Daynal Amin is of Muslim origin and showed favoritism toward Muslim/ middle eastern employees as he would not write up Muslims for work issues and this also lead to hostile work environment and ultimately led to me (Steve) having to quit my job. They claim that they cannot investigate this as it is too vague for them. Danyal Amin states that he never shared his nationality beliefs or origin.

The truth is that these Discriminating Allegations are not hard to investigate because I have witnesses. And it seems as though Prospect is trying to state that it is difficult to claim & is vague information only because they don't want to investigate since they would find the truth is

that there is discrimination regarding not being Muslim/middle eastern nationality that he, Danyal Amin being of Muslim nationality himself has discriminated regarding this. Daynal Amin always shared his religious beliefs as he stated in the past that & He make remarks to the employees in past that he definitely did not want Donald Trump to become president since Danyal is of Muslin origin was obvious. ALSO, he would take time out during the work day to go Muslin prayings for his SALAH times. He was not to be bothered during these times.

**RE:** Prospects claims that I simply stopped coming to work and no showed on the April 26 & 27 & 30th and they claim that is why you received a automatic voluntary separation.

**THE TRUTH** is that I that I told the Dispatch Lead that on April 25, 2016 would be my last day (As of Colorado "Right to work laws").
I quit because the working conditions created by the unlawful actions became so unbearable that a reasonable person would not continue to subject themselves to those condtion plus, I, Steve Worthman have a disability on top of it.
I was not going to put myself through any more of this hostile work environment that Danyal Amin & David Needham were putting me through.
The truth is that these two individuals are the ones making work at the Denver International Airport with Prospect very uncomfortable and their conduct is very unwelcoming and offensive to me and other employees. Their Lack of Management skills are by far unacceptable by the protection laws of the EEOC.

**RE:** Prospect claims that I could of appealed to the companies superior for the mistreatment of my employment there and/or spoken to various senior officers that visited Denver on a regular basis or call HR.

The truth is that I never saw any Senior Officers as they never would announce or introduce themselves to any of us if and when they were in Denver. I could not speak to any of them because of this and regardless because I would have been reprimanded since I had seen other employees go through of such and because of the mistreatment already by my superiors made me very uncomfortable.
I, Steve Worthman, being the good employee that I am have tried to work with them (David Needham & Danyal Amin) as long as I could hoping that they would eventually get management skills but that was obviously not provided or given as a criteria for their job positioning.
I definitely did not want to make for a more uncomfortable environment for myself anymore with these two (David Needham & Danyal Amin) incharge.

I am asking EEOC that they investigate my charges further for me and help obtain a fair justice for my rights to be exercised discrimination based on religion & disability; (The Title VII of the Civil Rights Act of 1964,title VII & The Americans with Disabilities Act (ADA) and help others that are being effected (in past & currently) by Danyal Amin & David Needham's employment with Prospect International Airport services and their misconduct and harassments to employees of Prospect. They are a very poor and unacceptable employees representing the Prospect International Airport Services company.

I am a reliable, hard working & capable employee and a very honest and compassionate person
I Loved my job and got along with all my coworkers and would like to work for Prospect again

**but not if David Needham & Danyal Amin are being employeed by Prospect International Airport Services. By leaving this job position it affected me negatively into hardship in which I would please request as sell as compensation. Thank you.**

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Steven C. Worthman
14794 East 2nd Avenue
Apt. F-204
Aurora, CO 80011

From: Denver Field Office
303 East 17th Avenue
Suite 410
Denver, CO 80203

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2017-00448 | Christopher Padilla, Supervisory Investigator | (303) 866-1336 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

/s/ SEP 27 2018

Enclosures(s)

Amy Burkholder,
Field Office Director

(Date Mailed)

cc: PROSPECT AIRPORT SERVICES INC
Prospect Airport Services, Inc.

Enclosure with EEOC Form 161 (11/09)

**INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS --**

**Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90- day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later. Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Steven C. Worthman<br>14794 East 2nd Avenue<br>Apt. F-204<br>Aurora, CO 80011 | From: Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2017-00448 | Christopher Padilla,<br>Supervisory Investigator | (303) 866-1336 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional Information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_/s/_ 

Amy Burkholder,
Field Office Director

SEP 2 7 2018

(Date Mailed)

Enclosure(s)

cc: PROSPECT AIRPORT SERVICES INC
Prospect Airport Services, Inc.

Enclosure with EEOC Form 161 (11/09)

**INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS --**

**Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later. Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files